# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5089**            September Term, 2006

06cv02004

Filed On: July 20, 2007 [1055263]

Ernest M. Greely, Jr.,
      Appellant

v.

United States Parole Commission and Otis Thomas,
Parole Examiner,
      Appellees

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 9/14/07

BY: [signature], Deputy Clerk

ATTACHED:  ___ Amending Order
               ___ Opinion
               ___ Order on Costs

## ORDER

By order filed May 11, 2007, directing appellant to respond to the order to show cause, by June 11, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. To date, appellant has not complied with the court's May 11, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk